IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : <br> : Civil Action No. <br> : MDL 875 |
| This Document Relates Only to the Cases Identified on the Attached List (Exhibit A) | : <br> : <br> : |

## ORDER

AND NOW, this 12th day of October, 2011, following upon the recorded telephone conference with counsel on October 12, 2011 and given the representations made by CVLO counsel on the call, it is hereby **ORDERED** that plaintiffs' counsel shall submit to the defendants and to the court a list of viable defendants who they have stated that they are unlikely to voluntarily dismiss in the cases listed in the CVLO-1 and 2 and CVLO-3 case groups no later than **Friday, October 21, 2011.**


BY THE COURT:


　/s/ David R. Strawbridge USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

CVLO-1/2

| NO | LAST | FIRST | STATE | DISTRICT | PA-ED CASE | ORIGINAL SCHEDULING GROUP |
|---|---|---|---|---|---|---|
| 1 | ABERLE | GLENN | IL | CENTRAL | 08?CV?91650 | CVLO-1 |
| 2 | ANUSZKIEWICZ | ROMAN | IN | NORTHERN | 08-CV-90938 | CVLO-1 |
| 3 | BAULT | CHARLES | IL | CENTRAL | 08-CV-91663 | CVLO-1 |
| 4 | BEENEY | DONALD | IL | CENTRAL | 08-CV-91728 | CVLO-1 |
| 5 | BENNETT | BOB | IL | CENTRAL | 08-CV-91585 | CVLO-1 |
| 6 | BLACK | JOHN | IL | CENTRAL | 10-CV-68110 | CVLO-1 |
| 7 | BODINE | RICHARD | IL | CENTRAL | 08-CV-92055 | CVLO-1 |
| 8 | BROWNLEE | THEODORE | IL | CENTRAL | 08-CV-91954 | CVLO-1 |
| 9 | BUGG | WILLIAM | IL | CENTRAL | 08-CV-91729 | CVLO-1 |
| 10 | CENTERS | ALBERT | IL | NORTHERN | 08-CV-90268 | CVLO-1 |
| 11 | COHEN | RONALD | IN | SOUTHERN | 09-CV-64755 | CVLO-1 |
| 12 | CUMMINGS | RONALD | IN | SOUTHERN | 10-CV-68902 | CVLO-1 |
| 13 | DETERS | CLETUS | IL | SOUTHERN | 10-CV-64585 | CVLO-1 |
| 14 | DODD | CARL | IL | CENTRAL | 08-CV-91578 | CVLO-1 |
| 15 | DOVER | JACKIE | IL | CENTRAL | 10-CV-68127 | CVLO-1 |
| 16 | DUAL | MONTE | IL | CENTRAL | 08-CV-92314 | CVLO-1 |
| 17 | FRAMPTON | KENNETH | IL | CENTRAL | 08-CV-92160 | CVLO-1 |
| 18 | GAINES | JAMES | IL | CENTRAL | 08-CV-92305 | CVLO-1 |
| 19 | GARD | ROBERT | IN | NORTHERN | 10-CV-67613 | CVLO-1 |
| 20 | GIULIANO | WILLIAM | IN | SOUTHERN | 09-CV-64609 | CVLO-1 |
| 21 | GRAVES | WILLIAM | IL | CENTRAL | 08-CV-92120 | CVLO-1 |
| 22 | GRIER | JOHN | IL | CENTRAL | 08-CV-91687 | CVLO-1 |
| 23 | HARRIS | ROBERT | IL | CENTRAL | 08-CV-91589 | CVLO-1 |
| 24 | HART | ANDREW | IL | CENTRAL | 08-CV-91674 | CVLO-1 |
| 25 | HATFIELD | BOBBY | IL | CENTRAL | 08-CV-92147 | CVLO-1 |
| 26 | HENNEY | JEAN | IN | SOUTHERN | 09-CV-64629 | CVLO-1 |
| 27 | HULMES | DARRELL | IL | CENTRAL | 08-CV-92135 | CVLO-1 |
| 28 | HUTCHINSON | JACK | IL | CENTRAL | 08-CV-92157 | CVLO-1 |
| 29 | IRONS | GARY | IL | CENTRAL | 10-CV-68130 | CVLO-1 |
| 30 | JOHNSON | RICHARD | IL | CENTRAL | 08-CV-92122 | CVLO-1 |
| 31 | KRUSE | PATRICK | IL | CENTRAL | 08-CV-91867 | CVLO-1 |
| 32 | LISTON | FRANK | IL | SOUTHERN | 11-CV-66749 | CVLO-1 |
| 33 | MARESCA | JOSEPH | IL | NORTHERN | 08-CV-90328 | CVLO-1 |
| 34 | MARTIN | DAVID | IL | CENTRAL | 10-CV-61109 | CVLO-1 |
| 35 | MATHENEY | ROY | IL | CENTRAL | 08-CV-91955 | CVLO-1 |
| 36 | MAULDING | DUANE | IL | CENTRAL | 08-CV-92113 | CVLO-1 |
| 37 | MEISCHNER | GISELA | IL | CENTRAL | 08-CV-92192 | CVLO-1 |
| 38 | MEISCHNER | RICHARD | IL | CENTRAL | 09-CV-60648 | CVLO-1 |
| 39 | MORR | LEE | IL | CENTRAL | 08-CV-92152 | CVLO-1 |
| 40 | NALL | CLYDE | IL | NORTHERN | 08-CV-90084 | CVLO-1 |
| 41 | NELMS | KENNETH | IL | CENTRAL | 08-CV-91666 | CVLO-1 |
| 42 | NICHOLS | GERALD | IL | CENTRAL | 10-CV-68097 | CVLO-1 |
| 43 | O'KEEFE | ROBERT | IL | CENTRAL | 08-CV-92210 | CVLO-1 |
| 44 | PITTMAN | FRANK | IL | SOUTHERN | 08-CV-89441 | CVLO-1 |
| 45 | PLUE | RICHARD | IL | CENTRAL | 10-CV-68073 | CVLO-1 |
| 46 | PRATHER | JAMES | IL | NORTHERN | 08-CV-89745 | CVLO-1 |
| 47 | REINOEHL | DONALD | IL | SOUTHERN | 08-CV-89460 | CVLO-1 |
| 48 | RIGGS | IRVING | IL | CENTRAL | 08-CV-91762 | CVLO-1 |
| 49 | SAMS | PHILLIP | IN | SOUTHERN | 08-CV-88575 | CVLO-1 |
| 50 | SCHURTZ | MICHAEL | IL | CENTRAL | 08-CV-91742 | CVLO-1 |
| 51 | SMITH | ORVILLE | IL | CENTRAL | 10-CV-68104 | CVLO-1 |
| 52 | SMITH | RONALD | IL | Northern Dist | 08-CV-90287 | CVLO-1 |
| 53 | SPANGLER | HERBERT | IL | CENTRAL | 08-CV-91882 | CVLO-1 |
| 54 | STARIHA | WILLIAM | IN | SOUTHERN | 09-CV-64725 | CVLO-1 |
| 55 | TAYLOR | JAMES | IL | CENTRAL | 08-CV-91881 | CVLO-1 |
| 56 | THOMAS | GLENDEL | IL | CENTRAL | 08-CV-92206 | CVLO-1 |
| 57 | TOVEY | ROBERT | IL | CENTRAL | 08-CV-92133 | CVLO-1 |
| 58 | UNZICKER | LEONARD | IL | SOUTHERN | 11-CV-66288 | CVLO-1 |
| 59 | WALKER | CLARENCE | IL | CENTRAL | 08-CV-92136 | CVLO-1 |
| 60 | WARE | WILLIAM | IL | CENTRAL | 08-CV-92159 | CVLO-1 |

|    |              |            |       |          |             |        |
|----|--------------|------------|-------|----------|-------------|--------|
| 61 | WEBER        | DANIEL     | IL    | CENTRAL  | 08-CV-92132 | CVLO-1 |
| 62 | WIKER        | PHILIP     | IL    | CENTRAL  | 08-CV-92207 | CVLO-1 |
| 63 | WILSON       | MERLE      | IL    | CENTRAL  | 08-CV-91879 | CVLO-1 |
| 64 | WINSLOW      | TERRY      | IL    | CENTRAL  | 08-CV-92114 | CVLO-1 |
| 65 | ALLEN        | GARY       | IL    | NORTHERN | 10-CV-67536 | CVLO-2 |
| 66 | ALMEDA       | TRINI      | IL    | CENTRAL  | 08-CV-91698 | CVLO-2 |
| 67 | ARSENEAULT   | CLOVIS     | IN    | NORTHERN | 10-CV-67621 | CVLO-2 |
| 68 | BEY          | GEORGE     | IL    | NORTHERN | 08-CV-89979 | CVLO-2 |
| 69 | BEYER        | HAROLD     | IL    | CENTRAL  | 08-CV-91894 | CVLO-2 |
| 70 | BRANT        | HAROLD     | IN    | NORTHERN | 10-CV-67723 | CVLO-2 |
| 71 | BRYAN        | WILLIAM    | IL    | NORTHERN | 08-CV-89866 | CVLO-2 |
| 72 | BUCHANAN     | HOWARD     | IL    | CENTRAL  | 08-CV-92038 | CVLO-2 |
| 73 | CARLSON      | NEIL       | IL    | NORTHERN | 10-CV-67533 | CVLO-2 |
| 74 | CARLSON      | ROBERT     | IL    | NORTHERN | 08-CV-89945 | CVLO-2 |
| 75 | CARMICHAEL   | JAMES      | IL    | NORTHERN | 10-CV-67545 | CVLO-2 |
| 76 | CARNEGIE     | JOHN       | IL    | NORTHERN | 08-CV-89958 | CVLO-2 |
| 77 | D'AMICO      | CARMEN     | IL    | NORTHERN | 10-CV-67534 | CVLO-2 |
| 78 | DANIELS      | JIMMIE     | IL    | CENTRAL  | 08-CV-92259 | CVLO-2 |
| 79 | DEWITT       | ELSIE      | IL    | NORTHERN | 08-CV-90189 | CVLO-2 |
| 80 | ENGELMAN     | PATRICK    | IL    | NORTHERN | 09-CV-60939 | CVLO-2 |
| 81 | FERGUSON     | JAMES      | IL    | NORTHERN | 08-CV-90234 | CVLO-2 |
| 82 | FERRELL      | PAUL       | IL    | NORTHERN | 08-CV-89885 | CVLO-2 |
| 83 | FRANKENBERGER | HOWARD    | IN    | NORTHERN | 09-CV-61717 | CVLO-2 |
| 84 | GADDY        | BOB        | IL    | NORTHERN | 08-CV-90106 | CVLO-2 |
| 85 | GEHRKE       | DAVID      | IL    | NORTHERN | 10-CV-67444 | CVLO-2 |
| 86 | GRANGER      | ELMER      | IL    | NORTHERN | 09-CV-60953 | CVLO-2 |
| 87 | HOLLINS      | WILLIE     | IL/IN | NORTHERN | 08-CV-90201 | CVLO-2 |
| 88 | JACKSON      | ROBERT     | IL    | NORTHERN | 10-CV-67541 | CVLO-2 |
| 89 | KELLEY       | HOWARD     | IL    | NORTHERN | 10-CV-67555 | CVLO-2 |
| 90 | MALONE       | CLIFFORD   | IL    | CENTRAL  | 10-CV-68124 | CVLO-2 |
| 91 | MCCULLUM     | ROOSEVELT  | IL    | NORTHERN | 08-CV-89883 | CVLO-2 |
| 92 | MENOZZI      | EUGENE     | IL    | NORTHERN | 08-CV-89865 | CVLO-2 |
| 93 | MOFFETT      | GEORGE     | IL    | NORTHERN | 08-CV-89973 | CVLO-2 |
| 94 | NORBERG      | EARL       | IL    | NORTHERN | 08-CV-90264 | CVLO-2 |
| 95 | PRAY         | FRANKIE    | IL    | CENTRAL  | 08-CV-91884 | CVLO-2 |
| 96 | RICHARDSON   | ELEANORE   | IL    | NORTHERN | 10-CV-67553 | CVLO-2 |
| 97 | RUESKEN      | LOUIS      | IN    | NORTHERN | 09-CV-61820 | CVLO-2 |
| 98 | RYAN         | MICHAEL    | IL    | NORTHERN | 08-CV-90172 | CVLO-2 |
| 99 | RYAN         | MICHAEL    | IL    | NORTHERN | 11-CV-66747 | CVLO-2 |
| 100| SCOTT        | THOMAS     | IL    | NORTHERN | 08-CV-91314 | CVLO-2 |
| 101| SHELBY       | QUINCY     | IL    | NORTHERN | 08-CV-90057 | CVLO-2 |
| 102| SMITH        | RUSSELL    | IL    | CENTRAL  | 10-CV-68123 | CVLO-2 |
| 103| SWANGO       | JAMES      | IL    | NORTHERN | 08-CV-90101 | CVLO-2 |
| 104| WHITE        | SHIRLEY    | IL    | NORTHERN | 08-CV-90171 | CVLO-2 |
| 105| WILSON       | IRVIN      | IL    | NORTHERN | 08-CV-90339 | CVLO-2 |
| 106| WRIGHT       | JOSEPH     | IL    | NORTHERN | 08-CV-90161 | CVLO-2 |

CVLO-3[1]

| Last Name | First Name | ED-PA Case # |
|---|---|---|
| Ahnert | Daniel | 10-CV-67443 |
| Andris | Arthur | 10-CV-67885 |
| Arendt | Anthony | 09-CV-91900 |
| Baumann | Eugene | 11-CV-63517 |
| Bevers | David | 09-CV-61321 |
| Binder | Robert | 10-CV-67817 |
| Burkee | James | 10-CV-83247 |
| Cadotte | Joseph | 10-CV-64680 |
| Childs | Earl | 08-CV-91089 |
| Collins | Arthur | 10-CV-64567 |
| Connell | Daniel | 09-CV-60552 |
| Deis | John | 08-CV-88675 |
| Dowell | Charles | 08-CV-91356 |
| Doyle | James | 08-CV-89845 |
| Ferrara | Michael | 11-CV-63906 |
| Haffner | Robert | 08-CV-89863 |
| Hakes | Donald | 10-CV-68063 |
| Hansen | Warren | 10-CV-62038 |
| Hass | Laverne | 09-CV-60267 |
| Hass | Laverne | 09-CV-60298 |
| Hay | Robert | 09-CV-64612 |
| Held | Donald | 10-CV-67814 |
| Jakubowski | Florian | 10-CV-67831 |
| Jenkins | Harold | 08-CV-92237 |
| Joyner | Donald | 09-CV-64626 |
| Knaebe | Gustave | 10-CV-67881 |
| Larweth | Dennis | 08-CV-89914 |
| Lawson | Carl | 10-CV-69031 |
| Lorentz | Eugene | 10-CV-61348 |
| Louis | Richard | 10-CV-64606 |
| Meagher | John | 09-CV-60445 |
| Merline | John | 11-CV-63485 |
| Michels | Ronald | 10-CV-62047 |
| Miller | Homer | 09-CV-61040 |
| Montgomery | Dane | 09-CV-64739 |
| Morris | Michael | 09-CV-61495 |
| Morris | Roy | 10-CV-62062 |
| Novak | Judy | 11-CV-63909 |
| O'Mullane | Jay | 08-CV-88676 |
| Obermeier | Sylvester | 09-CV-61019 |
| Ostrand | Russell | 11-CV-63493 |
| Parsons | Harry | 10-CV-64587 |
| Passarelli | William | 08-CV-90252 |
| Percy | Warren | 10-CV-68053 |
| Pertzborn | James | 10-CV-61352 |
| Rickey | Marvin | 10-CV-61345 |
| Schindler | Edward JH | 10-CV-67753 |
| Schmoll | Cyril | 09-CV-61026 |
| Short | Robert | 10-CV-67528 |
| Stephens | John | 09-CV-64733 |
| Subert | Richard | 11-CV-63484 |
| Suoja | Oswald | 09-CV-60256 |
| Sutherlin | James | 10-CV-64565 |
| Usterbowski | Kenneth | 09-CV-60266 |
| Vander Lugt | Arthur | 10-CV-67660 |
| Vradenburg | Stanley | 09-CV-62185 |
| Waltenberg | Claude | 09-CV-61499 |
| Werner | Clement | 10-CV-61908 |
| Wilhelm | James | 11-CV-63497 |
| Willocks | Tommy | 09-CV-64701 |
| Wilson | Harold | 08-CV-90732 |
| Woods | Dale | 11-CV-66277 |

| | | |
|---|---|---|
| Woods | James | 09-CV-62583 |
| Wright | Barry | 08-CV-90345 |
| Yeager | Charles | 10-CV-67673 |
| Zdency | George | 08-CV-90262 |
| Zerbel | Roger | 11-CV-63506 |

---

[1] Included on the case list attached to the September 27, 2011 Case Management and Scheduling Order for CVLO-3 were six cases with no E.D. Pa. docket numbers (James Harmon, John Oliphant, Dale Olson, John Pellegrini, Leonard Spychalla, and Robert Walker). We asked plaintiffs counsel by email on September 27, 2011 why these six cases did not have ED. Pa. docket numbers. After receiving no immediate response, we entered the CVLO-3 Scheduling Order assuming that the cases would soon be assigned docket numbers. However, on October 5, 2011, defense counsel informed us by email that five of the cases may have serious procedural issues including having previously been dismissed (Dale Olson) or having never been transferred to the MDL (James Harmon, John Oliphant, John Pellegrini, and Leonard Spychalla). One case (Robert Walker) has apparently been newly transferred to the MDL but has not yet been referred to us. On October 6, 2011, plaintiffs' counsel again told us and defense counsel by email that they would investigate the status of these cases. As of today, we have not received an update from them. As a result, we have removed all six cases from the CVLO-3 case list. Counsel is informed to do the same.