IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ASBESTOS PRODUCTS       : | |
| LIABILITY LITIGATION (No. VI)    : | Civil Action No: |
| : | MDL 875 |
| This Document Relates to those cases    : | |
| listed on Exhibit A (Top Ten, CVLO-1&2,: | |
| CVLO-3)                          : | |

**ORDER**

**AND NOW, this 2nd day of November, 2011**, after discussing the issue with counsel during a November 2, 2011 teleconference, it is hereby **ORDERED** that no records relating to CVLO MDL-875 cases currently being housed at IKON shall be destroyed before **December 2, 2011.**

It is hereby further **ORDERED** that counsel shall discuss the matter with the IKON representatives and update the court on the fate of those records by **November 10, 2011.**

BY THE COURT:

 /s/ David R. Strawbridge
David R. Strawbridge
United States Magistrate Judge

**Top Ten Cases**

| Plaintiff | Civil Action No. |
|---|---|
| Anderson, Lloyd | 11-CV-63482 |
| Bushmaker, Gerald | 10-CV-61116 |
| Dillman, Cecil | 08-CV-91767 |
| Gehrt, Paul | 08-CV-92066 |
| Goeken, Marion | 10-CV-68122 |
| Kinser, Larry | 08-CV-92034 |
| Krik, Charles | 11-CV-63473 |
| Pleaugh, Joseph | 11-CV-63519 |
| Wright, Deon | 11-CV-66748 |

**CVLO-1&2**

| NO | LAST | FIRST | PA-ED CASE |
|---|---|---|---|
| 1 | ABERLE | GLENN | 08-CV-91650 |
| 2 | ANUSZKIEWICZ | ROMAN | 08-CV-90938 |
| 3 | BAULT | CHARLES | 08-CV-91663 |
| 4 | BEENEY | DONALD | 08-CV-91728 |
| 5 | BENNETT | BOB | 08-CV-91585 |
| 6 | BLACK | JOHN | 10-CV-68110 |
| 7 | BODINE | RICHARD | 08-CV-92055 |
| 8 | BROWNLEE | THEODORE | 08-CV-91954 |
| 9 | BUGG | WILLIAM | 08-CV-91729 |
| 10 | CENTERS | ALBERT | 08-CV-90268 |
| 11 | COHEN | RONALD | 09-CV-64755 |
| 12 | CUMMINGS | RONALD | 10-CV-68902 |
| 13 | DETERS | CLETUS | 10-CV-64585 |
| 14 | DODD | CARL | 08-CV-91578 |
| 15 | DOVER | JACKIE | 10-CV-68127 |
| 16 | DUAL | MONTE | 08-CV-92314 |
| 17 | FRAMPTON | KENNETH | 08-CV-92160 |
| 18 | GAINES | JAMES | 08-CV-92305 |
| 19 | GARD | ROBERT | 10-CV-67613 |
| 20 | GIULIANO | WILLIAM | 09-CV-64609 |
| 21 | GRAVES | WILLIAM | 08-CV-92120 |
| 22 | GRIER | JOHN | 08-CV-91687 |

| | | | |
|---|---|---|---|
| 23 | HARRIS | ROBERT | 08-CV-91589 |
| 24 | HART | ANDREW | 08-CV-91674 |
| 25 | HATFIELD | BOBBY | 08-CV-92147 |
| 26 | HENNEY | JEAN | 09-CV-64629 |
| 27 | HULMES | DARRELL | 08-CV-92135 |
| 28 | HUTCHINSON | JACK | 08-CV-92157 |
| 29 | IRONS | GARY | 10-CV-68130 |
| 30 | JOHNSON | RICHARD | 08-CV-92122 |
| 31 | KRUSE | PATRICK | 08-CV-91867 |
| 32 | LISTON | FRANK | 11-CV-66749 |
| 33 | MARESCA | JOSEPH | 08-CV-90328 |
| 34 | MARTIN | DAVID | 10-CV-61109 |
| 35 | MATHENEY | ROY | 08-CV-91955 |
| 36 | MAULDING | DUANE | 08-CV-92113 |
| 37 | MEISCHNER | GISELA | 08-CV-92192 |
| 38 | MEISCHNER | RICHARD | 09-CV-60648 |
| 39 | MORR | LEE | 08-CV-92152 |
| 40 | NALL | CLYDE | 08-CV-90084 |
| 41 | NELMS | KENNETH | 08-CV-91666 |
| 42 | NICHOLS | GERALD | 10-CV-68097 |
| 43 | O'KEEFE | ROBERT | 08-CV-92210 |
| 44 | PITTMAN | FRANK | 08-CV-89441 |
| 45 | PLUE | RICHARD | 10-CV-68073 |
| 46 | PRATHER | JAMES | 08-CV-89745 |
| 47 | REINOEHL | DONALD | 08-CV-89460 |
| 48 | RIGGS | IRVING | 08-CV-91762 |
| 49 | SAMS | PHILLIP | 08-CV-88575 |
| 50 | SCHURTZ | MICHAEL | 08-CV-91742 |
| 51 | SMITH | ORVILLE | 10-CV-68104 |
| 52 | SMITH | RONALD | 08-CV-90287 |
| 53 | SPANGLER | HERBERT | 08-CV-91882 |
| 54 | STARIHA | WILLIAM | 09-CV-64725 |
| 55 | TAYLOR | JAMES | 08-CV-91881 |
| 56 | THOMAS | GLENDEL | 08-CV-92206 |
| 57 | TOVEY | ROBERT | 08-CV-92133 |
| 58 | UNZICKER | LEONARD | 11-CV-66288 |
| 59 | WALKER | CLARENCE | 08-CV-92136 |
| 60 | WARE | WILLIAM | 08-CV-92159 |
| 61 | WEBER | DANIEL | 08-CV-92132 |
| 62 | WIKER | PHILIP | 08-CV-92207 |
| 63 | WILSON | MERLE | 08-CV-91879 |
| 64 | WINSLOW | TERRY | 08-CV-92114 |
| 65 | ALLEN | GARY | 10-CV-67536 |
| 66 | ALMEDA | TRINI | 08-CV-91698 |

| # | Last | First | Case |
|---|---|---|---|
| 67 | ARSENEAULT | CLOVIS | 10-CV-67621 |
| 68 | BEY | GEORGE | 08-CV-89979 |
| 69 | BEYER | HAROLD | 08-CV-91894 |
| 70 | BRANT | HAROLD | 10-CV-67723 |
| 71 | BRYAN | WILLIAM | 08-CV-89866 |
| 72 | BUCHANAN | HOWARD | 08-CV-92038 |
| 73 | CARLSON | NEIL | 10-CV-67533 |
| 74 | CARLSON | ROBERT | 08-CV-89945 |
| 75 | CARMICHAEL | JAMES | 10-CV-67545 |
| 76 | CARNEGIE | JOHN | 08-CV-89958 |
| 77 | D'AMICO | CARMEN | 10-CV-67534 |
| 78 | DANIELS | JIMMIE | 08-CV-92259 |
| 79 | DE WITT | ELSIE | 08-CV-90189 |
| 80 | ENGELMAN | PATRICK | 09-CV-60939 |
| 81 | FERGUSON | JAMES | 08-CV-90234 |
| 82 | FERRELL | PAUL | 08-CV-89885 |
| 83 | FRANKENBERGER | HOWARD | 09-CV-61717 |
| 84 | GADDY | BOB | 08-CV-90106 |
| 85 | GEHRKE | DAVID | 10-CV-67444 |
| 86 | GRANGER | ELMER | 09-CV-60953 |
| 87 | HOLLINS | WILLIE | 08-CV-90201 |
| 88 | JACKSON | ROBERT | 10-CV-67541 |
| 89 | KELLEY | HOWARD | 10-CV-67555 |
| 90 | MALONE | CLIFFORD | 10-CV-68124 |
| 91 | MCCULLUM | ROOSEVELT | 08-CV-89883 |
| 92 | MENOZZI | EUGENE | 08-CV-89865 |
| 93 | MOFFETT | GEORGE | 08-CV-89973 |
| 94 | NORBERG | EARL | 08-CV-90264 |
| 95 | PRAY | FRANKIE | 08-CV-91884 |
| 96 | RICHARDSON | ELEANORE | 10-CV-67553 |
| 97 | RUESKEN | LOUIS | 09-CV-61820 |
| 98 | RYAN | MICHAEL | 08-CV-90172 |
| 99 | RYAN | MICHAEL | 11-CV-66747 |
| 100 | SCOTT | THOMAS | 08-CV-91314 |
| 101 | SHELBY | QUINCY | 08-CV-90057 |
| 102 | SMITH | RUSSELL | 10-CV-68123 |
| 103 | SWANGO | JAMES | 08-CV-90101 |
| 104 | WHITE | SHIRLEY | 08-CV-90171 |
| 105 | WILSON | IRVIN | 08-CV-90339 |
| 106 | WRIGHT | JOSEPH | 08-CV-90161 |

**CVLO-3**

| Last Name | First Name | ED-PA Case |
|---|---|---|
| Ahnert | Daniel | 10-CV-67443 |
| Andris | Arthur | 10-CV-67885 |
| Arendt | Anthony | 09-CV-91900 |
| Baumann | Eugene | 11-CV-63517 |
| Bevers | David | 09-CV-61321 |
| Binder | Robert | 10-CV-67817 |
| Burkee | James | 10-CV-83247 |
| Cadotte | Joseph | 10-CV-64680 |
| Childs | Earl | 08-CV-91089 |
| Collins | Arthur | 10-CV-64567 |
| Connell | Daniel | 09-CV-60552 |
| Deis | John | 08-CV-88675 |
| Dowell | Charles | 08-CV-91356 |
| Doyle | James | 08-CV-89845 |
| Ferrara | Michael | 11-CV-63906 |
| Haffner | Robert | 08-CV-89863 |
| Hakes | Donald | 10-CV-68063 |
| Hansen | Warren | 10-CV-62038 |
| Hass | Laverne | 09-CV-60267 |
| Hass | Laverne | 09-CV-60298 |
| Hay | Robert | 09-CV-64612 |
| Held | Donald | 10-CV-67814 |
| Jakubowski | Florian | 10-CV-67831 |
| Jenkins | Harold | 08-CV-92237 |
| Joyner | Donald | 09-CV-64626 |
| Knaebe | Gustave | 10-CV-67881 |
| Larweth | Dennis | 08-CV-89914 |
| Lawson | Carl | 10-CV-69031 |
| Lorentz | Eugene | 10-CV-61348 |
| Louis | Richard | 10-CV-64606 |
| Meagher | John | 09-CV-60445 |
| Merline | John | 11-CV-63485 |
| Michels | Ronald | 10-CV-62047 |
| Miller | Homer | 09-CV-61040 |
| Montgomery | Dane | 09-CV-64739 |
| Morris | Michael | 09-CV-61495 |
| Morris | Roy | 10-CV-62062 |
| Novak | Judy | 11-CV-63909 |
| O'Mullane | Jay | 08-CV-88676 |
| Obermeier | Sylvester | 09-CV-61019 |
| Ostrand | Russell | 11-CV-63493 |

| | | |
|---|---|---|
| Parsons | Harry | 10-CV-64587 |
| Passarelli | William | 08-CV-90252 |
| Percy | Warren | 10-CV-68053 |
| Pertzborn | James | 10-CV-61352 |
| Rickey | Marvin | 10-CV-61345 |
| Schindler | Edward JH | 10-CV-67753 |
| Schmoll | Cyril | 09-CV-61026 |
| Short | Robert | 10-CV-67528 |
| Stephens | John | 09-CV-64733 |
| Subert | Richard | 11-CV-63484 |
| Suoja | Oswald | 09-CV-60256 |
| Sutherlin | James | 10-CV-64565 |
| Usterbowski | Kenneth | 09-CV-60266 |
| Vander Lugt | Arthur | 10-CV-67660 |
| Vradenburg | Stanley | 09-CV-62185 |
| Waltenberg | Claude | 09-CV-61499 |
| Werner | Clement | 10-CV-61908 |
| Wilhelm | James | 11-CV-63497 |
| Willocks | Tommy | 09-CV-64701 |
| Wilson | Harold | 08-CV-90732 |
| Woods | Dale | 11-CV-66277 |
| Woods | James | 09-CV-62583 |
| Wright | Barry | 08-CV-90345 |
| Yeager | Charles | 10-CV-67673 |
| Zdency | George | 08-CV-90262 |
| Zerbel | Roger | 11-CV-63506 |