IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (No. VI) | : | Civil Action No.: MDL 875 |
| | : | |
| This Document Relates to the Cases Listed | : | |
| on the Attached Case List | : | |

**ORDER**

**AND NOW**, this 18th day of November, 2011, it is hereby **ORDERED** that a hearing is scheduled on **Monday, December 5, 2011 at 10:30 a.m. EST in Courtroom 3H** in order to argue the following motions related to Drs. Schonfeld, Anderson, and Sadek:

1. Plaintiffs' Motion for Protective Order Regarding Drs. Anderson and Sadek (01-MD-875, Doc. No. 8060) and Defendants' Motion to Compel the same (01-MD-875, Doc. No. 8096);

2. Defendants' Motion to Compel Production of Documents from Alvin J. Schonfeld, D.O. (e.g. 08-89293, Doc. No. 26);

3. Plaintiffs' Motion to Compel and/or Verify Compliance with Rule 26(a)(1)(A)(ii) (e.g. 08-91139, Doc. No. 15);

4. Plaintiffs' Motion for Protective Order Regarding Screening Documents (e.g. 11-66288, Doc. No. 74); and

5. Plaintiffs' to-be-filed Motion Regarding the W.R. Grace Documents.

It is hereby further **ORDERED** that:

6. **By Friday, November 18, 2011**, plaintiffs shall file their motion regarding the W.R. Grace documents;

7. By **Wednesday, November 23, 2011**, defendants shall file their response to the motion; and

8. If necessary, plaintiffs may file a reply by Tuesday, **November 29, 2011.**

BY THE COURT:

/s/ David R. Strawbridge USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

APPLICABLE CASE LIST

Top Ten Cases

| Plaintiff | Civil Action No. |
|---|---|
| Anderson, Lloyd | 11-CV-63482 |
| Bushmaker, Gerald | 10-CV-61116 |
| Dillman, Cecil | 08-CV-91767 |
| Gehrt, Paul | 08-CV-92066 |
| Goeken, Marion | 10-CV-68122 |
| Kinser, Larry | 08-CV-92034 |
| Krik, Charles | 11-CV-63473 |
| Pleaugh, Joseph | 11-CV-63519 |
| Wright, Deon | 11-CV-66748 |

CVLO-1&2 Cases

| Anuszkiewicz | Roman | 08-90938 |
|---|---|---|
| Bault | Charles | 08-91663 |
| Beeney | Donald | 08-91728 |
| Bennett | Bob | 08-91585 |
| Black | John | 10-68110 |
| Bodine | Richard | 08-92055 |
| Brownlee | Theodore | 08-91954 |
| Bugg | William | 08-91729 |
| Centers | Albert | 08-90268 |
| Cummings | Ronald | 10-68902 |
| Deters | Cletus | 10-64585 |
| Dodd | Carl | 08-91578 |
| Dover | Jackie | 10-68127 |
| Dual | Monte | 08-92314 |
| Frampton | Kenneth | 08-92160 |
| Gaines | James | 08-92305 |
| Giuliano | William | 09-64609 |
| Graves | William | 08-92120 |
| Grier | John | 08-91687 |
| Harris | Robert | 08-91589 |
| Hatfield | Bobby | 08-92147 |

| | | |
|---|---|---|
| Henney | Jean | 09-64629 |
| Hulmes | Darrell | 08-92135 |
| Hutchinson | Jack | 08-92157 |
| Irons | Gary | 10-68130 |
| Johnson | Richard | 08-92122 |
| Kruse | Patrick | 08-91867 |
| Liston | Frank | 11-66749 |
| Maresca | Joseph | 08-90328 |
| Martin | David | 10-61109 |
| Maulding | Duane | 08-92113 |
| Meischner | Gisela | 08-92192 |
| Meischner | Richard | 09-60648 |
| Nall | Clyde | 08-90084 |
| Nelms | Kenneth | 08-91666 |
| Nichols | Gerald | 10-68097 |
| O'Keefe | Robert | 08-92210 |
| Plue | Richard | 10-68073 |
| Prather | James | 08-89745 |
| Riggs | Irving | 08-91762 |
| Sams | Phillip | 08-88575 |
| Schurtz | Michael | 08-91742 |
| Smith | Ronald | 08-90287 |
| Smith | Orville | 10-68104 |
| Spangler | Herbert | 08-91882 |
| Stariha | William | 09-64725 |
| Taylor | James | 08-91881 |
| Thomas | Glendel | 08-92206 |
| Tovey | Robert | 08-92133 |
| Unzicker | Leonard | 11-66288 |
| Walker | Clarence | 08-92136 |
| Ware | William | 08-92159 |
| Weber | Daniel | 08-92132 |
| Wiker | Philip | 08-92207 |
| Wilson | Merle | 08-91879 |
| Winslow | Terry | 08-92114 |
| Allen | Gary | 10-67536 |
| Almeda | Trini | 08-91698 |
| Arseneault | Clovis | 10-67621 |
| Bey | George | 08-89979 |
| Beyer | Harold | 08-91894 |
| Brant | Harold | 10-67723 |
| Bryan | William | 08-89866 |
| Buchanan | Howard | 08-92038 |
| Carlson | Robert | 08-89945 |

| Carlson | Neil | 10-67533 |
|---|---|---|
| Carmichael | James | 10-67545 |
| Carnegie | John | 08-89958 |
| D'Amico | Carmen | 10-67534 |
| Daniels | Jimmie | 08-92259 |
| De Witt | Elsie | 08-90189 |
| Ferrell | Paul | 08-89885 |
| Frankenberger | Howard | 09-61717 |
| Gaddy | Bob | 08-90106 |
| Gehrke | David | 10-67444 |
| Granger | Elmer | 09-60953 |
| Hollins | Willie | 08-90201 |
| Jackson | Robert | 10-67541 |
| Kelley | Howard | 10-67555 |
| Malone | Clifford | 10-68124 |
| Mccullum | Roosevelt | 08-89883 |
| Menozzi | Eugene | 08-89865 |
| Moffett | George | 08-89973 |
| Norberg | Earl | 08-90264 |
| Pray | Frankie | 08-91884 |
| Richardson | Eleanore | 10-67553 |
| Ruesken | Louis | 09-61820 |
| Ryan | Michael | 08-90172 |
| Ryan | Michael | 11-66747 |
| Shelby | Quincy | 08-90057 |
| Smith | Russell | 10-68123 |
| Swango | James | 08-90101 |
| Wilson | Irvin | 08-90339 |
| Wright | Joseph | 08-90161 |

CVLO-3 Cases

| Last Name | First Name | ED-PACase |
|---|---|---|
| Ahnert | Daniel | 10-67443 |
| Andris | Arthur | 10-67885 |
| Arendt | Anthony | 09-91900 |
| Baumann | Eugene | 11-63517 |
| Bevers | David | 09-61321 |
| Bin der | Robert | 10-67817 |
| Burkee | James | 10-83247 |
| Cad otte | Joseph | 10-64680 |
| Childs | Earl | 08-91089 |
| Collins | Arthur | 10-64567 |

| | | |
|---|---|---|
| Cornell | Daniel | 09-60552 |
| Deis | John | 08-88675 |
| Dowell | Charles | 08-91356 |
| Doyle | James | 08-89845 |
| Ferrara | Michael | 11-63906 |
| Haffner | Robert | 08-89863 |
| Hakes | Donald | 10-68063 |
| Hansen | Warren | 10-62038 |
| Hass | Laverne | 09-60267 |
| Hass | Laverne | 09-60298 |
| Hay | Robert | 09-64612 |
| Held | Donald | 10-67814 |
| Jakubowski | Florian | 10-67831 |
| Jenlins | Herold | 08-92237 |
| Joyner | Donald | 09-64626 |
| Kneebe | Gustave | 10-67881 |
| Larweth | Dennis | 08-89914 |
| Lawson | Carl | 10-69031 |
| Lorentz | Eugene | 10-61348 |
| Louis | Richard | 10-64606 |
| Meagher | John | 09-60445 |
| Merlin | John | 11-63485 |
| Michels | Rocald | 10-62047 |
| Miller | Hama | 09-61040 |
| Montgomery | Date | 09-64739 |
| Morris | Michael | 09-61495 |
| Morris | Roy | 10-62062 |
| Novak | Judy | 11-63909 |
| Obermeier | Sylvester | 09-61019 |
| O'Mullane | Jay | 08-88676 |
| Ostrand | Russell | 11-63493 |
| Parsons | Hazy | 10-64587 |
| Passarelli | William | 08-90252 |
| Percy | Warren | 10-68053 |
| Pertzborn | James | 10-61352 |
| Rickey | Marvin | 10-61345 |
| Schindler | Edward JH | 10-67753 |
| Schmoll | Cyril | 09-61026 |
| Short | Robert | 10-67528 |
| Stephens | John | 09-64733 |
| Subert | Richard | 11-63484 |
| Suoja | Oswald | 09-60256 |
| Sutherlin | James | 10-64565 |
| Usterbowski | Kenneth | 09-60266 |

| Last Name | First Name | ED-PA Case |
|---|---|---|
| Vander Lugt | Arthur | 10-67660 |
| Vradenburg | Stanley | 09-62185 |
| Watenberg | Claude | 09-61499 |
| Werner | Clement | 10-61908 |
| Willelm | James | 11-63497 |
| Willocks | Tammy | 09-64701 |
| Wilson | Harold | 08-90732 |
| Woods | Dale | 09-62583 |
| Woods | James | 11-66277 |
| Wright | Barry | 08-90345 |
| Yeager | Charles | 10-67673 |
| Zdency | George | 08-90262 |
| Zerbel | Roger | 11-63506 |

CVLO-4 Cases

| Last Name | First Name | ED-PA Case |
|---|---|---|
| Alfter | Harold | 09-60501 |
| Ammerman | Calvin | 08-88417 |
| Austin | Richard | 08-89340 |
| Baker | Joseph | 08-91189 |
| Barker | Edward | 09-60285 |
| Beckwith | Robert | 08-91037 |
| Behr | Clifford | 11-64234 |
| Belleville | Charles | 08-90955 |
| Bennington | Martin | 10-61115 |
| Bieganski | Ronald | 09-60498 |
| Black | Robert | 09-64627 |
| Blank | William | 10-67850 |
| Bodak | John | 10-67720 |
| Boinski | Jacob | 10-67877 |
| Bolton | John | 09-60186 |
| Brazzoni | Alfred | 11-63501 |
| Bresnahan | Thomas | 09-60331 |
| Brix | Gerald | 09-65679 |
| Bunch | Charles | 09-61815 |
| Burzynski | Milo | 11-62393 |
| Camp | Thomas | 09-64600 |
| Canner | Edward | 09-61700 |
| Carver | Jack | 08-90285 |
| Center | Clayton | 08-89864 |
| Centner | Jerome | 09-60395 |
| Collins | B F | 08-90935 |

| | | |
|---|---|---|
| Conklin | Robert | 08-90724 |
| Cook | Joseph | 08-89446 |
| Courneya | Martin | 09-92434 |
| Crumwell | Richard | 09-61744 |
| Cruse | Jack | 10-68962 |
| Deneen | Joseph | 09-60164 |
| Dittamore | William | 10-64583 |
| Duchene | Arthur | 09-64587 |
| Duffey | Paul | 11-63495 |
| Dunlap | Willard | 10-64588 |
| Earl | Darnell | 08-91055 |
| Embly | Robert | 10-64584 |
| Esser | Charles | 09-60287 |
| Everard | James | 09-61353 |
| Fata | Frank | 08-90058 |
| Fieck | Emil | 08-90162 |
| Floryance | Thomas | 09-61411 |
| Frisch | Louis | 09-61354 |
| Frost | Franklin | 08-91370 |
| Fry | George | 08-89448 |
| Fulk | Ralph | 09-64678 |
| Gambill | Joe | 08-91231 |
| Gebhardt | George | 09-93716 |
| Gilkey | Haydon | 08-91088 |
| Golenia | Edward | 10-67721 |
| Gosz | Clarence | 10-67808 |
| Griep | Earl | 10-61900 |
| Gunn | Charles | 08-91371 |
| Gunnlaugsson | Clifford | 09-60456 |
| Hamilton | Roy | 09-61715 |
| Harnisch | Henry | 09-92208 |
| Hasenberg | Charles | 09-60356 |
| Hayes | Harry | 09-61718 |
| Heggie | JW | 08-89372 |
| Heidersheid | George | 09-60536 |
| Heinrich | John | 09-60513 |
| Hernandez | Alfred | 08-91182 |
| Herr | Richard | 11-60064 |
| Heyen | Glen | 10-68984 |
| Holme | Darrell | 08-91090 |
| Horwath | Clarence | 08-90128 |
| Hruska | Paul | 09-60482 |
| Iverson | Richard | 09-60154 |
| Jackson | William | 08-89333 |

| | | |
|---|---|---|
| Jackson | Floyd | 08-90263 |
| Jackson | Lawrence | 08-90934 |
| Jeske | Kenneth | 09-60547 |
| Johnson | Harry | 09-61599 |
| Johnson | James | 09-91456 |
| Johnson | Francis | 11-66278 |
| Jones | Fred | 08-89854 |
| Jones | Asa | 08-90132 |
| Jones | Duane | 09-60440 |
| Jones | Joe | 09-92262 |
| Junk | Bonnie | 09-60550 |
| Kayser | Allan | 09-60273 |
| Keller | James | 09-64594 |
| Kemper | Jack | 08-89498 |
| Kiefer | Ardell | 09-61840 |
| King | Prince | 10-68890 |
| Kinsey | Cecil | 09-61729 |
| Klobucar | Edward | 08-90290 |
| Komorosky | Clarence | 09-60455 |
| Kraus | Robert | 10-61338 |
| Krause | Clayton | 09-60406 |
| Laur | Joseph | 11-63907 |
| Lerma | Alfonso | 08-91410 |
| Llewellyn | Reggie | 08-91074 |
| Love | Howard | 10-80835 |
| Lucas | TJ | 10-67426 |
| Lundahl | Robert | 09-60444 |
| Lundgren | Jim | 09-61032 |
| Lyden | Charles | 08-89435 |
| Mann | Clyde | 09-61844 |
| McFarland | Charles | 08-89381 |
| McKinnie | Ned | 08-91008 |
| Meinecke | Robert | 09-60326 |
| Miller | Wallace | 08-89901 |
| Miller | Melvin | 08-91398 |
| Miller | Victor | 09-60519 |
| Morris | Richard | 08-88719 |
| Mosley | John | 08-91178 |
| Moss | Harry | 11-64233 |
| Muehlberger | Max | 11-63518 |
| Muraco | James | 10-62068 |
| Murphy | William | 08-90927 |
| Myres | Paul | 10-67730 |
| Nemeth | Paul | 08-90722 |

| | | |
|---|---|---|
| Nuutinen | Charles | 09-61333 |
| Parker | Stanley | 08-91054 |
| Parker | Marion | 10-64582 |
| Patitsas | James | 08-91146 |
| Patrick | Homer | 10-68864 |
| Patton | Donald | 10-64572 |
| Pfleging | Robert | 08-89443 |
| Phillips | John | 08-90122 |
| Pietrzycki | Stanley | 10-61349 |
| Piniak | Joseph | 10-67636 |
| Ploch | Daniel | 09-61435 |
| Pontzloff | Roy | 10-67882 |
| Pozywio | Raymond | 08-91149 |
| Price | Will | 08-89884 |
| Pruitt | Marion | 08-88624 |
| Putt | Charles | 08-89447 |
| Ratliff | Charles | 10-67135 |
| Reed | Hugh | 08-88250 |
| Rice | Robert | 10-68983 |
| Richardson | Irelia | 08-91091 |
| Riddle | Samuel | 10-68953 |
| Riley | Herman | 09-64702 |
| Riley | James | 10-68956 |
| Ringo | Robert | 09-91454 |
| Risse | Loren | 10-67857 |
| Rorer | Theodore | 08-91155 |
| Russell | James | 09-64693 |
| Ryan | Charles | 08-88671 |
| Saenz | Moises | 08-91434 |
| Sagat | Frank | 10-67596 |
| Salaz | Michael | 08-91329 |
| Salger | Leonard | 08-89291 |
| Schmidt | Donald | 08-90063 |
| Schroeder | Cletus | 09-61430 |
| Sebree | Pietra | 09-60537 |
| Sharp | Cliff | 08-90465 |
| Shotts | Edward | 09-67100 |
| Sienko | Ronald | 09-60481 |
| Sinsabaugh | Loyd | 08-91424 |
| Smith | John | 08-88581 |
| Sobierajski | Thomas | 10-68054 |
| Sparks | Ralph | 10-68952 |
| Strerath | William | 11-63496 |
| Suhaysik | Raymond | 10-61865 |

| | | |
|---|---|---|
| Swan | Richard | 09-61358 |
| Sweet | JD | 09-90821 |
| Tackett | Kermit | 10-69011 |
| Takavitz | William | 09-60487 |
| Temple | William | 08-90275 |
| Tischer | Daniel | 11-63503 |
| Toon | Lloyd | 08-88707 |
| Trivett | Lewis | 09-90822 |
| Upchurch | William | 10-68874 |
| Van Stippen | Joseph | 11-63483 |
| Vitaniemi | Albert | 10-68991 |
| Walker | Robert | 11-67669 |
| Washington | Gardline | 08-90218 |
| Weber | Ronald | 08-91052 |
| Wenzel | Robert | 09-64694 |
| Willey | Russel | 08-90166 |
| Williams | Ernest | 08-91062 |
| Winters | Eddie | 08-91238 |
| Wood | Lawrence | 09-60535 |
| Woodruff | Homer | 10-64679 |
| Young | Charles | 09-64642 |
| Zellner | Clifford | 11-66746 |

Cases from the Case Management and Scheduling Order Pertaining to Dr. Schonfeld, Anderson and Sadek

| | | | | |
|---|---|---|---|---|
| ALSENE | DELMAR | IL | CENTRAL | 08-CV-92187 |
| AYERS | MARK | IL | CENTRAL | 08-CV-91953 |
| BEACH | LAUNDY | IL | CENTRAL | 10-CV-68142 |
| BEDDOW | MERLE | IL | CENTRAL | 08-CV-92239 |
| BEMENT | JAMES | IN | NORTHERN | 10-CV-67615 |
| BRANCHFIELD | DEL | IL | CENTRAL | 08-CV-91587 |
| BROOKS | RAY | IL | CENTRAL | 08-CV-92194 |
| BUCHANAN | MICHAEL | IL | CENTRAL | 10-CV-68074 |
| BURTON | ALICE | IL | CENTRAL | 08-CV-92139 |
| BURTON | WILLIAM | IL | CENTRAL | 08-CV-92309 |
| CHAVEZ | RICHARD | IL | NORTHERN | 08-CV-90342 |
| CRAIN | PAUL | IL | NORTHERN | 08-CV-89841 |
| CRAVEN | JOHN | IN | NORTHERN | 10-CV-67678 |
| CRIPE | GEORGE | IL | CENTRAL | 08-CV-91940 |
| DALTON | JACK | IL | CENTRAL | 08-CV-91944 |
| DARLING | WILLIAM | IL | CENTRAL | 08-CV-92236 |
| DAVIS | EDGAR | IL | CENTRAL | 08-CV-92201 |
| DEAVILLE | KENNETH | IL | CENTRAL | 08-CV-92064 |
| DUBOIS | CHARLES | IL | CENTRAL | 08-CV-92119 |

| EBERT | MICHAEL | IL | SOUTHERN | 08-CV-89432 |
|---|---|---|---|---|
| EDWARDS | TERRY | IL | CENTRAL | 08-CV-92137 |
| FADLER | DONALD | IL | NORTHERN | 08-CV-90220 |
| FISHER | PASCAL | IL | CENTRAL | 08-CV-92173 |
| FONNER | LARRY | IL | CENTRAL | 08-CV-92222 |
| FRABONI | LOUIS | IL | CENTRAL | 08-CV-91671 |
| GABBARD | BEN | IL | CENTRAL | 08-CV-92151 |
| GABBARD | ROBERT | IL | CENTRAL | 08-CV-92145 |
| GARD | LESLIE | IL | CENTRAL | 08-CV-91736 |
| GARECHT | ROBERT | IL | CENTRAL | 08-CV-92134 |
| GOETSCH | RANDALL | IL | CENTRAL | 08-CV-91673 |
| GREEN | ROBERT | IL | CENTRAL | 08-CV-92311 |
| GRIER | DAVID | IL | CENTRAL | 08-CV-91657 |
| HAMANN | KENNETH | IL | CENTRAL | 08-CV-92181 |
| HELFERS | CARL | IL | CENTRAL | 08-CV-92196 |
| HESS | ROY | IL | CENTRAL | 08-CV-92180 |
| HILL | JOHN | IL | SOUTHERN | 10-CV-64557 |
| HOLDEN | MICHAEL | IL | CENTRAL | 08-CV-92154 |
| HORN | RICHARD | IL | CENTRAL | 10-CV-68096 |
| HOSKINS | ADAM | IL | SOUTHERN | 08-CV-89474 |
| HYLAND | GERALD | IL | CENTRAL | 08-CV-91862 |
| JENNINGS | BILLY | IL | CENTRAL | 08-CV-91757 |
| JINDRESEK | WALTER | IL | CENTRAL | 08-CV-91858 |
| KENNEDY | ROY | IL | SOUTHERN | 08-CV-89492 |
| KITTLESON | ALFRED | IL | CENTRAL | 08-CV-91887 |
| KNAPP | JIMMY | IL | CENTRAL | 08-CV-91763 |
| LA HOOD | HARRY | IL | CENTRAL | 10-CV-68131 |
| LAWLESS | ANTHONY | IL | CENTRAL | 08-CV-92161 |
| LOWER | GARRY | IL | CENTRAL | 10-CV-68129 |
| MARCOGLIESE | FRANK | IL | SOUTHERN | 08-CV-89497 |
| MEISCHNER | DONALD | IL | CENTRAL | 09-CV-60645 |
| MEISCHNER | LEONARD | IL | CENTRAL | 08-CV-91758 |
| MILLARD | EUGENE | IL | CENTRAL | 10-CV-68119 |
| MOORE | GEORGE | IL | CENTRAL | 08-CV-91869 |
| NICHOLS | LEONARD | IL | CENTRAL | 10-CV-68105 |
| PALSGROVE | JOSEPH | IL | SOUTHERN | 08-CV-89373 |
| POTTS | STANLEY | IL | CENTRAL | 08-CV-91872 |
| POWELL | DALE | IL | EASTERN | 08-CV-89293 |
| POWELL | THOMAS | IL | CENTRAL | 08-CV-91885 |
| RASNER | DONALD | IL | CENTRAL | 08-CV-92143 |
| REINHARDT | GARY | IL | CENTRAL | 08-CV-92131 |
| SCHUCK | WALTER | IL | CENTRAL | 08-CV-92205 |
| SEIFERT | WILLIAM | IL | CENTRAL | 08-CV-92171 |
| SHORT | JOHNNIE | IL | CENTRAL | 08-CV-92164 |
| TURNER | LARRY | IL | NORTHERN | 08-CV-89903 |
| WESLEY | KEITH | IL | SOUTHERN | 10-CV-64570 |
| WILLIAMS | LLOYD | IL | CENTRAL | 08-CV-91588 |

| | | | | |
|---|---|---|---|---|
| WORKMAN | JOHN | IL | CENTRAL | 10-CV-68071 |
| ALLEN | LOUIS | IL | NORTHERN | 08-CV-90142 |
| AMOS | EXCELL | IL | NORTHERN | 08-CV-89998 |
| ANDREWS | DONALD | IL | NORTHERN | 08-CV-90211 |
| BAILEY | SAMUEL | IL | NORTHERN | 08-CV-90153 |
| BERGSTROM | LESTER | IL | NORTHERN | 08-CV-89980 |
| BLOCK | JOHN | IL | CENTRAL | 08-CV-91649 |
| BREWER | DAVID | IL | NORTHERN | 08-CV-89954 |
| BRIESACHER | EDWARD | IN | NORTHERN | 09-CV-61874 |
| BRIGHAM | GEORGE | IL | NORTHERN | 08-CV-89984 |
| BROOKINS | HENRY | IL | NORTHERN | 08-CV-89810 |
| COOK | JERRY | IL | NORTHERN | 08-CV-89846 |
| COOPER | LARRY | IL | NORTHERN | 08-CV-90330 |
| CZAJKOSKI | WALTER | IL | NORTHERN | 08-CV-89969 |
| DEANGELIS | SALVATORE | IL | NORTHERN | 08-CV-89953 |
| DELOACH | THOMAS | IL | NORTHERN | 08-CV-90144 |
| DENSON | WILLIE | IL | NORTHERN | 08-CV-90178 |
| D'OTTAVIO | NELLO | IL | NORTHERN | 10-CV-67554 |
| DOUGHERTY | DANIEL | IL | NORTHERN | 08-CV-89847 |
| DOYLE | LEO | IL | NORTHERN | 08-CV-90155 |
| DUBROVICH | JOHN | IL | NORTHERN | 10-CV-67557 |
| EAGLE | KENNETH | IL | NORTHERN | 10-CV-67559 |
| ECONOMOUS | JACK | IL | NORTHERN | 08-CV-90017 |
| ELLENA | GLENN | IL | NORTHERN | 09-CV-60947 |
| ELROD | ROBERT | IL | NORTHERN | 09-CV-60937 |
| FLAGG | RICHARD | IL | NORTHERN | 10-CV-67556 |
| FLOYD | ELRIE | IL | NORTHERN | 08-CV-89967 |
| FRATTINI | JAMES | IL | NORTHERN | 09-CV-60945 |
| GADDY | CLIFFORD | IL | NORTHERN | 08-CV-90081 |
| GORENA | EDUARDO | IL | NORTHERN | 10-CV-67535 |
| GRAHAM | LAWRENCE | IL | NORTHERN | 09-CV-60952 |
| GRAHAM | MARION | IL | NORTHERN | 08-CV-90139 |
| GREEN | ELLA | IL | NORTHERN | 08-CV-90129 |
| GRIEFF | DALE | IL | NORTHERN | 09-CV-60954 |
| GUSMAN | EMILIO | IL | NORTHERN | 09-CV-60956 |
| HAMERLA | JOHN | IL | NORTHERN | 08-CV-90208 |
| HASKINS | HAROLD | IL | NORTHERN | 08-CV-89819 |
| HESTER | BILLIE | IL | NORTHERN | 08-CV-90072 |
| HICKEY | ELMER | IL | NORTHERN | 08-CV-90038 |
| HOLLOWAY | FRED | IN | NORTHERN | 09-CV-61721 |
| HURSTON | HERMAN | IN | NORTHERN | 09-CV-61793 |
| JANES | JERRY | IL | NORTHERN | 08-CV-89995 |
| JOHNSON | FELIX | IL | NORTHERN | 08-CV-90020 |
| JOYCE | MICHAEL | IL | NORTHERN | 09-CV-60961 |
| KLIMEK | DAVID | IL | NORTHERN | 08-CV-90065 |
| KUPINA | ANTON | IL | NORTHERN | 08-CV-90207 |
| LEVANDOWSKI | JEROME | IL | NORTHERN | 08-CV-89870 |

| MARTIN | BENNIE | IL | NORTHERN | 10-CV-67550 |
|---|---|---|---|---|
| MASKE | FREDERICK | IL | NORTHERN | 08-CV-90102 |
| MCCARTHY | DANIEL | IL | NORTHERN | 08-CV-89991 |
| MCCLAIN | WALLACE | IL | NORTHERN | 08-CV-89814 |
| MILLER | ALBERT | IL | NORTHERN | 08-CV-90074 |
| MINNICK | GLENN | IL | NORTHERN | 08-CV-90096 |
| MITCHELL | ARTHUR | IN | NORTHERN | 10-CV-67654 |
| MOFFETT | LEON | IL | NORTHERN | 08-CV-90075 |
| MOORE | JAMES | IL | NORTHERN | 08-CV-90069 |
| MOORE | ULISH | IL | NORTHERN | 08-CV-89813 |
| MUFFLER | WILLIAM | IL | NORTHERN | 08-CV-89976 |
| NEHLSEN | MICHAEL | IL | CENTRAL | 08-CV-91893 |
| NICHOLS | JOHN | IL | NORTHERN | 08-CV-90185 |
| NORBERG | HOWARD | IL | NORTHERN | 10-CV-67537 |
| ONGENAE | TERRY | IL | NORTHERN | 10-CV-67551 |
| OTTO | THOMAS | IL | SOUTHERN | 08-CV-89369 |
| PATRICK | CAROLYN | IL | NORTHERN | 08-CV-90221 |
| PAYNE | LYNN | IL | CENTRAL | 08-CV-92307 |
| PERSON | ARTHUR | IL | NORTHERN | 08-CV-90157 |
| PERSON | ETHEL | IL | NORTHERN | 08-CV-90227 |
| ROBERSON | FREDDIE | IL | NORTHERN | 08-CV-90080 |
| ROMANETTO | GARY | IL | NORTHERN | 08-CV-90048 |
| ROME | DOUGLAS | IL | NORTHERN | 08-CV-89825 |
| RUPSLAUK | RICHARD | IL | NORTHERN | 08-CV-89850 |
| SANTERELLI | GERALD | IL | NORTHERN | 09-CV-60962 |
| SCROGHAM | DONALD | IL | NORTHERN | 08-CV-90002 |
| SHAMBAUGH | BURTON | IL | NORTHERN | 08-CV-90331 |
| SHEARER | KENNETH | IN | NORTHERN | 08-CV-91430 |
| SHEETS | GERROLD | IN | NORTHERN | 09-CV-61887 |
| SIEFERT | RAYMOND | IL | NORTHERN | 08-CV-90198 |
| SMITH | DALE | IL | CENTRAL | 08-CV-91717 |
| SMITH | LEO | IL | NORTHERN | 08-CV-90276 |
| SPERBER | ERNEST | IL | CENTRAL | 08-CV-91942 |
| STUDER | BERNARD | IL | NORTHERN | 09-CV-60971 |
| SULLIVAN | PATRICK | IN | NORTHERN | 09-CV-61811 |
| TRAVIS | JIM | IL | NORTHERN | 08-CV-90170 |
| VAN DOLAH | VERNON | IL | CENTRAL | 08-CV-91880 |
| WILLIAMS | BRUCE | IL | NORTHERN | 08-CV-91282 |
| WILLIAMS | EDDIE | IL | NORTHERN | 08-CV-90000 |
| WILLIAMS | EDDIE | IL | NORTHERN | 08-CV-90000 |
| WRIGHT | ELMER | IL | NORTHERN | 08-CV-90199 |
| ZWANZIG | WILLIAM | IL | NORTHERN | 08-CV-90270 |
| ABNER | ROBERT | IN | SOUTHERN | 09-CV-64630 |
| AKEY | RICHARD | WI | WESTERN | 09-CV-60286 |
| ANDERSON | GERALD | IL | NORTHERN | 08-CV-89997 |
| AUE | WALTER | IN | SOUTHERN | 10-CV-69016 |
| BAKER | ROBERT | IN | SOUTHERN | 10-CV-68904 |

| | | | | |
|---|---|---|---|---|
| BARDEN | LEROY | IN | SOUTHERN | 09-CV-64610 |
| BAUGHER | GRANT | IN | NORTHERN | 10-CV-67609 |
| BEERS | DONALD | IL | SOUTHERN | 10-CV-64581 |
| BENNETT | JERRY | IN | SOUTHERN | 09-CV-64697 |
| BOWENS | WILLIS | IN | NORTHERN | 09-CV-61837 |
| BRATZ | RONALD | WI | EASTERN | 10-CV-67807 |
| BRITTON | PHILLIP | IN | SOUTHERN | 10-CV-68942 |
| BROWN | HIGH | IN | NORTHERN | 10-CV-67650 |
| BRUNO | MARK | IN | NORTHERN | 08-CV-90926 |
| BRYANT | WILLIE | IN | NORTHERN | 08-CV-91239 |
| BUDWICK | CHARLES | WI | EASTERN | 10-CV-67853 |
| BURNS | JOHN | IN | SOUTHERN | 08-CV-88389 |
| CAMARILLO | DOMINGO | IN | NORTHERN | 10-CV-67685 |
| CAMPBELL | ELMER | WI | WESTERN | 10-CV-61341 |
| CATHELYN | JACKIE | IL | CENTRAL | 10-CV-68076 |
| CIRRINCIONE | DONALD | IN | NORTHERN | 08-CV-90941 |
| COCHRAN | WILLIAMS | IN | SOUTHERN | 10-CV-68889 |
| COGHLAN | DONALD | WI | WESTERN | 10-CV-61461 |
| COMBS | ORVILLE | IN | SOUTHERN | 09-CV-64741 |
| CONNER | GEORGE | IN | NORTHERN | 09-CV-61817 |
| CONWAY | HAROLD | WI | EASTERN | 10-CV-67785 |
| DAILEY | RAMAN | IN | SOUTHERN | 10-CV-69032 |
| DAUGHERTY | CLARENCE | IN | SOUTHERN | 09-CV-64751 |
| DENNIS | DELBERT | IN | SOUTHERN | 10-CV-68887 |
| DUCKWALL | ROBERT | IL | NORTHERN | 08-CV-90055 |
| DUERST | MILTON | WI | EASTERN | 09-CV-61317 |
| DUNHAM | THEODORE | IN | NORTHERN | 10-CV-67684 |
| DUNNE | MICHAEL | WI | EASTERN | 09-CV-60329 |
| EDGREN | ALBERT | WI | EASTERN | 09-CV-61343 |
| ELLINGER | HAROLD | IN | SOUTHERN | 09-CV-64700 |
| EMERSON | CARL | IN | NORTHERN | 08-CV-91044 |
| ENERSON | DONALD | WI | WESTERN | 09-CV-61004 |
| ENGEL | RUSSEL | WI | EASTERN | 10-CV-67835 |
| ERVIN | THOMAS | WI | EASTERN | 09-CV-61313 |
| FAHEY | RICHARD | IN | NORTHERN | 10-CV-67664 |
| FISHER | RONALD | IN | NORTHERN | 10-CV-67638 |
| FOSTER | JOHN | IL | NORTHERN | 08-CV-90091 |
| FRANKLIN | WILLIE | IN | NORTHERN | 10-CV-67696 |
| GAMBLE | ATRON | IN | NORTHERN | 10-CV-67597 |
| GARCIA | HECTOR | IN | NORTHERN | 10-CV-67659 |
| GASKINS | LEONARD | IN | NORTHERN | 10-CV-67668 |
| GAUDERN | HAROLD | IL | SOUTHERN | 08-CV-89477 |
| GILL | SYLVESTER | IN | NORTHERN | 10-CV-67649 |
| GIVENS | JOHNNY | IN | NORTHERN | 10-CV-67705 |
| GONZALEZ | JOHN | IN | NORTHERN | 08-CV-91053 |
| GOTTSACKER | RANDALL | WI | EASTERN | 10-CV-61885 |
| GREEN | JOHN | IN | NORTHERN | 08-CV-91186 |

| GREEN | LARRY | IL | SOUTHERN | 08-CV-89325 |
|---|---|---|---|---|
| GRIMES | WILLIAM | IL | CENTRAL | 08-CV-91777 |
| GROTHE | JACK | IL | SOUTHERN | 08-CV-89493 |
| GUAJARDO | ALEJANDRO | IN | NORTHERN | 09-CV-61695 |
| GUAJARDO | GUADALUPE | IN | NORTHERN | 09-CV-61786 |
| HAASE | HAROLD | WI | EASTERN | 10-CV-61886 |
| HAMPTON | KEITH | IL | CENTRAL | 08-CV-91890 |
| HANSON | DEAN | WI | WESTERN | 09-CV-61011 |
| HARVEY | MURL | IL | SOUTHERN | 08-CV-89457 |
| HAWKE | MELVIN | WI | EASTERN | 09-CV-60504 |
| HAYCRAFT | ROY | IN | SOUTHERN | 09-CV-64652 |
| HOAGLAN | RONALD | WI | EASTERN | 09-CV-61355 |
| HOLCOMB | EDWARD | WI | EASTERN | 09-CV-61314 |
| HOLLY | ARTHUR | IN | NORTHERN | 08-CV-91028 |
| HOPE | SANDY | IL | NORTHERN | 08-CV-90182 |
| JACKSON | JD | IN | SOUTHERN | 10-CV-68893 |
| JESKE | EDWIN | WI | EASTERN | 10-CV-62070 |
| JOHNSON | JEFFERY | IN | NORTHERN | 10-CV-67625 |
| KALIS | ROBERT | IL | CENTRAL | 08-CV-92175 |
| KARANOVICH | ROBERT | IN | SOUTHERN | 09-CV-64736 |
| KELLEY | LEE | WI | EASTERN | 10-CV-62041 |
| KIEPERT | WILLIAM | WI | EASTERN | 09-CV-61544 |
| KIMPFBECK | EUGENE | WI | EASTERN | 10-CV-61932 |
| KNEZEVICH | EMIL | IN | NORTHERN | 10-CV-67644 |
| KOZOL | DANIEL | IN | NORTHERN | 10-CV-67643 |
| KRAEMER | JERRY | IN | SOUTHERN | 09-CV-64746 |
| KREJCAREK | MELVIN | WI | EASTERN | 10-CV-67789 |
| KRUEGER | LEE | WI | EASTERN | 09-CV-61402 |
| KUCHLER | FRANK | WI | EASTERN | 09-CV-61449 |
| KUCHLER | WILLIAM | WI | EASTERN | 09-CV-61345 |
| LEPP | HERMAN | WI | EASTERN | 09-CV-61346 |
| LINDEMANN | JOHN | WI | EASTERN | 10-CV-67889 |
| LOEFFELAD | WALTER | WI | WESTERN | 09-CV-60231 |
| MADDEN | JOSEPH | WI | EASTERN | 10-CV-67847 |
| MAGNUSON | RAYMOND | IL | NORTHERN | 08-CV-90348 |
| MCCONCHIE | DEAN | IL | SOUTHERN | 08-CV-89453 |
| MCCRACKEN | LARRY | IN | SOUTHERN | 09-CV-64731 |
| MCDOWELL | LEO | IN | NORTHERN | 08-CV-90966 |
| MCGLADE | ARTHUR | IL | NORTHERN | 08-CV-90152 |
| MCKAY | DONALD | IL | NORTHERN | 08-CV-89988 |
| MEA | WILLIAM | IL | NORTHERN | 08-CV-89983 |
| MORLAN | ALVIN | IN | SOUTHERN | 09-CV-64688 |
| MURACO | JAMES | WI | EASTERN | 10-CV-62068 |
| MYERS | WALTER | IN | SOUTHERN | 10-CV-69079 |
| NASH | RICHARD | IN | SOUTHERN | 09-CV-64686 |

| | | | | |
|---|---|---|---|---|
| NEHLS | DONALD | WI | EASTERN | 10-CV-67852 |
| NEWBY | DANIEL | WI | WESTERN | 09-CV-61018 |
| NOEL | BILLY | IN | SOUTHERN | 10-CV-69046 |
| OLIVER | DON | IN | NORTHERN | 08-CV-91432 |
| OLIVER | HOWARD | IN | NORTHERN | 10-CV-67633 |
| ORLANDO | JAMES | IL | NORTHERN | 08-CV-90071 |
| PANKOW | RICHARD | WI | WESTERN | 09-CV-60268 |
| PATCHETT | CARROL | IN | SOUTHERN | 09-CV-64680 |
| PORTER | VIRGIL | IN | SOUTHERN | 09-CV-64728 |
| PRIEM | DONALD | WI | EASTERN | 10-CV-62059 |
| PRZYBYLA | JOHN | WI | EASTERN | 10-CV-62050 |
| RAINER | ARCHIE | WI | EASTERN | 09-CV-60512 |
| REBARCHIK | MICHAEL | WI | EASTERN | 09-CV-61348 |
| REICH | RONALD | WI | EASTERN | 09-CV-60523 |
| RENSHAW | WILLIAM | IN | SOUTHERN | 10-CV-68933 |
| REPISCHAK | JOSEPH | WI | EASTERN | 09-CV-61335 |
| REYNOLDS | JAMES | IN | NORTHERN | 08-CV-91045 |
| RINKE | HILARY | WI | EASTERN | 09-CV-60364 |
| ROBERTS | BERNARD | IN | NORTHERN | 10-CV-67610 |
| ROGGEMAN | KENNETH | WI | EASTERN | 09-CV-61336 |
| SALCEDO | FRANK | IN | NORTHERN | 10-CV-67645 |
| SANDS | CHARLES | WI | WESTERN | 09-CV-62183 |
| SEBASTIAN | SIEGFRIED | WI | WESTERN | 10-CV-64686 |
| SHANNON | PETER | IL | NORTHERN | 08-CV-90021 |
| SHORT | KELLY | IN | SOUTHERN | 10-CV-69082 |
| SIMMONS | JOSEPH | IN | SOUTHERN | 09-CV-64687 |
| SIMS | WILLIE | IL | NORTHERN | 08-CV-90226 |
| SMITH | JACK | IN | SOUTHERN | 09-CV-64748 |
| SMOCK | ROBERT | IN | SOUTHERN | 09-CV-64752 |
| SOULNEY | DONALD | IL | SOUTHERN | 08-CV-89476 |
| SPEAR | LOUIS | IL | NORTHERN | 08-CV-90110 |
| STEFANSKI | GERALD | WI | WESTERN | 10-CV-61493 |
| STEFONICH | JIM | WI | EASTERN | 10-CV-67844 |
| STEWART | RICHARD | IN | SOUTHERN | 08-CV-88718 |
| STREK | RONALD | WI | WESTERN | 09-CV-61022 |
| SUSEN | DANIEL | WI | EASTERN | 10-CV-67804 |
| SWIFT | WILL | IN | NORTHERN | 10-CV-67710 |
| TEAYS | RICHARD | WI | EASTERN | 10-CV-61866 |
| THOMPSON | CHARLES | IN | SOUTHERN | 09-CV-64695 |
| TOLBERT | DOYLE | IN | SOUTHERN | 09-CV-64650 |
| VAN DRUNEN | ROBERT | IN | NORTHERN | 09-CV-61701 |
| VASQUEZ | ANDRES | IN | NORTHERN | 09-CV-61696 |
| VITANIEMI | JAMES | IN | SOUTHERN | 09-CV-64738 |
| WALKNER | DONALD | WI | EASTERN | 10-CV-61841 |
| WHITE | JAMES | IN | SOUTHERN | 08-CV-88702 |
| WHITE | WILLIAM | IN | SOUTHERN | 10-CV-69042 |
| WHITLOCK | WILLARD | IN | SOUTHERN | 10-CV-69033 |

| WILLIAMS | DAVID | IN | NORTHERN | 08-CV-91068 |
|---|---|---|---|---|
| WINTER | ORAY | WI | EASTERN | 10-CV-61894 |
| WIRKUTY | ALVIN | WI | WESTERN | 09-CV-60296 |
| WOIDA | ROBERT | WI | EASTERN | 10-CV-67766 |
| WOODS | GERALD | WI | WESTERN | 10-CV-61496 |
| WRIGHT | BARRY | IL | NORTHERN | 08-CV-90345 |
| WRIGHT | MARION | IN | NORTHERN | 08-CV-91433 |
| ZIMMER | LAWRENCE | WI | EASTERN | 10-CV-61896 |
| ZUNKER | EMIL | WI | EASTERN | 10-CV-67894 |